### UNITED STATES of America, Plaintiff–Appellee,

### v.

### Benny CORTEZ, a/k/a Rico, Defendant–Appellant.

### No. 02–6158.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 30, 2002.

Benny Cortez, Appellant Pro Se. David Paul Folmar, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before DIANA GRIBBON MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Benny Cortez seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Cortez,* Nos. CR–98–257; CA–01–224–1 (M.D.N.C. Nov. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*